**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 701 MAL 2015

           Respondent                 :

                                         :    Petition for Allowance of Appeal from
                                         :    the Order of the Superior Court
           v.                    :

                                         :

FIDEL G. MONTANEZ,               :

                     :

           Petitioner                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.